1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9   DENO EUGENE WOODIS,                    1:12-cv-01091-MJS (PC)

10            Plaintiff,                   ORDER GRANTING APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
11       v.
                                           (ECF No. 2)
12   PAM OLIVE, et al.,

13            Defendants.
    _____/

14

15       Plaintiff Deno Eugene Woodis ("Plaintiff") is a civil detainee proceeding pro se in a

16   civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California

17   Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners

18   within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136,

19   1140 (9th Cir. 2000)

20       In the instant action, Plaintiff filed an application to proceed in forma pauperis.

21   Examination of these documents reveals that Plaintiff is unable to afford the costs of this

22   action.  **Accordingly, the motion to proceed in forma pauperis is GRANTED**.

23   IT IS SO ORDERED.

24   Dated:    July 6, 2012            _____/s/ _Michael J. Seng___
                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              -1-