# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENO EUGENE WOODIS,<br><br>   Plaintiff,<br><br>   v.<br><br>PAM OLIVE, et al.,<br><br>   Defendants. | Case No. 1:12-cv-01091-LJO-MJS (PC)<br><br>**ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 14)** |

Plaintiff Deno Eugene Woodis is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is in the screening phase. 28 U.S.C. § 1915A.

Before the Court is Plaintiff's application to proceed in forma pauperis filed on August 1, 2013. (ECF No. 14.) The Court previously granted Plaintiff in forma pauperis status in this action. (ECF Nos. 2, 6.)

/////
/////
/////
/////
/////
/////

1

Accordingly, for the reasons stated, it is HEREBY ORDERED THAT Plaintiff's pending application to proceed in forma pauperis (ECF No. 14) shall be DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   August 26, 2013            /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE